# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EMANUELE CASSANI,

           Respondent

           v.

OLGA SOFIA KAMIAK,

           Petitioner

: No. 311 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.